CONVEYOR AND EQUIPMENT COMPANY, INCORPORATED, A CORPORATION, PLAINTIFF, v. ALEX. SHAPIRO, DEFENDANT.

Submitted January 31, 1930—Decided May 8, 1930.

Before Justices PARKER, BLACK and BODINE.

For the plaintiff, *Feder & Rinzler*.

For the defendant, *Reuben H. Reiffin*.

PER CURIAM.

This case was tried before Judge Newman and a jury, and by the defendant's own admission plaintiff was entitled to recover at least $36.34. The jury rendered a verdict against the plaintiff of no cause of action. The Court of Errors and Appeals affirmed the judgment below. *Conveyor and Equipment Co.* v. *Shapiro, 7 N. J. Adv. R.* 1095.

The judgment of the Court of Errors and Appeals is conclusive. New trials have heretofore not been granted after a final disposition of the cause in the court of last resort.

The rule is discharged.